**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**BETH WELLS,**
                    **Plaintiff,**
**v.**                                                    **Case:** 1:21-cv-22743-RKA

**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA**

                    **Defendant,**

_____/

## MEDIATION REPORT

Pursuant to Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on 1/10/2022 at the Zoom mediation conference:

( xx   ) Plaintiff/Counsel Appeared                    (      ) Plaintiff/Counsel did not Appear
_____                    _____

( xx  ) Defendant/Counsel Appeared                    (      ) Defendant/Counsel did not Appear
_____                    _____

PLAINTIFF'S ATTORNEY/FIRM:                    DEFENDANT'S ATTORNEY/FIRM:
**Geannina A Burgos, Esq.,**                    **Wm. Jere Tolton, III, Esq.**
Dabdoub Law Group                    Kilmer, Vorhees & Laurick, PC
1600 Ponce De Leon Blvd, Suite 1202                    2701 NW Vaughn Street Suite 780
Coral Gables, FL 33134                    Portland, OR 97210

MEDIATOR:
**Jack L. Townsend, Sr., Mediator**
6408 E. Fowler Avenue
Tampa, FL 33617
**RESULTS**: *(Mediation Results Report will be filed electronically)*

( xx )    Full Settlement Agreement
( )       Partial Settlement Agreement
( )       No Settlement Agreement
( )       Continued (Date)

LENGTH OF MEDIATION CONFERENCE:          5.0   Hours
                                        /s/ Jack L Townsend, Sr._____
                                        Jack L. Townsend, Sr., Mediator