IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BETH WELLS,

      Plaintiff,                                      CASE NO. 1:21-cv-22743-RKA

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, including all claims against all parties, with each party to bear its own attorney fees and costs.

DATED: February 11, 2022.


*/s/ Edward P. Dabdoub*_____          _____*/s/ William Jeremiah Tolton, III*_____
EDWRD PHILIP DABDOUB, ESQ.          WILLIAM JEREMIAH TOLTON, III, ESQ.
Florida Bar Number: 45685                Florida Bar Number: 887943
eddie@longtermdisability.net.              jtolton@kilmerlaw.com
GEANNINA A. BURGOS, ESQ.           KILMER, VOORHEES & LAURICK, PC
Florida Bar Number: 113242             2701 NW Vaughn Street, Suite 780
nina@longtermdisability.net                Portland, OR 97210
DABDOUB LAW FIRM, P.A.             (503) 224-0055 Telephone
1600 Ponce de Leon Blvd., Ste. 1202     (503) 222-5290 Facsimile
Coral Gables, FL 33134
(305) 754-2000 Telephone              Attorneys for Defendant
(305) 754-2007 Facsimile               Unum Life Insurance Company of America

Attorneys for Plaintiff